UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MIGEL GROSS,** | ) | CASE NO. 1:14CV1082 |
| | ) | |
| Petitioner, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| **BENNIE KELLY,** | ) | |
| | ) | |
| Respondent. | ) | |

Before the Court is the Report and Recommendation of Magistrate Vernelis K. Armstrong ("R & R") **(Doc. # 19)**. The R&R recommends that Petitioner Migel Gross' 28 U.S.C. § 2254 petition for writ of habeas corpus (**Doc. # 1**) be dismissed as time-barred.

Under 28 U.S.C. § 636(b)(1) a habeas petitioner has 14 days after being served a copy of the R&R to file written objections. The docket reflects that copy of the R&R was mailed to Petitioner on February 27, 2015. In this case, more than 21 days have elapsed since the R&R was mailed to Gross, and Gross has filed neither an objection nor a request for an extension of time to file one.

Failure to file objections by the deadline constitutes a waiver of the right to obtain a de novo review of the R&R in the district court, United States v. Walters, 638 F.2d 947, 949 (6th Cir. 1981), and a waiver of the right to appeal. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985).

The Court has reviewed the Magistrate Judge's R&R and agrees that the petition should be dismissed as time-barred. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R **(Doc. # 19)** and **DISMISSES** the petition for writ of habeas corpus **(Doc. # 1).**

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster   March  23, 2015*
**Dan Aaron Polster**
**United States District Judge**